THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY W. SPEIGHT, Respondent, *v.* BIRD S. COLER, as Comptroller of the City of New York, Appellant.

*People ex rel. Speight* v. *Coler,* 31 App. Div. 523, affirmed.
(Argued October 3, 1898; decided October 25, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 8, 1898, affirming an order of Special Term granting a peremptory writ of mandamus, requiring the comptroller of the city of New York to reinstate the relator in the position of collector of city revenue at Wallabout market.

*Almet F. Jenks* and *William J. Curr* for appellant.

*Joseph A. Burr* for respondent.

Order affirmed, with costs, on the ground that it does not appear from the record that the position is a strictly confidential one within the meaning of the statute; no opinion.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NIAGARA RIVER HYDRAULIC COMPANY, Respondent, *v.* JAMES A. ROBERTS, as Comptroller of the State of New York, Appellant.

*People ex rel. Hydraulic Co.* v. *Roberts,* 30 App. Div. 180, affirmed.
(Argued October 3, 1898; decided October 25, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 20, 1898, reversing on certiorari a determination of the state comptroller assessing a tax against the relator.

*G. D. B. Hasbrouck* for appellant.

*Edward C. Perkins* and *J. Burnet Nash,* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except MARTIN, J., not sitting.